# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0863.  DELTA ALIRAQ, INC. v. ARCTURUS INTERNATIONAL et al.**

This appeal was docketed on November 28, 2018, such that appellant Delta Aliraq, Inc.'s initial brief was due on December 18, 2018. Court of Appeals Rule 23 (a). On November 29, 2018, appellee Arcturus International, Inc. moved to dismiss the appeal on jurisdictional grounds. On December 10, 2018, Delta Aliraq filed a consent to dismissal.

As of January 2, 2019, Delta Aliraq has neither filed an initial brief nor asked for an extension of time to do so, and has also consented to dismissal. We therefore DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/02/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*